SHERYL D. NOEL SBN 172551
499 W. Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
copies to efiling@schuergerlaw.com

Attorney for Plaintiff,
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>KEVIN SHARRAH, an individual d/b/a<br>KEVIN SHARRAH DESIGNS<br>               Defendant. | Case No. |

| COMPLAINT |
|---|

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The Plaintiff, United States of America, on behalf of its agency, the Small Business Administration, alleges that:

### JURISDICTION AND VENUE

1.  This Court has jurisdiction over the subject matter of this action pursuant to Article III Section 2, U.S. Constitution and 28 U.S.C. § 1345.  *See 28 U.S.C. § 1345.*

2.  Venue is proper under, 28 U.S.C. § 1345 in that defendant, KEVIN SHARRAH d/b/a KEVIN SHARRAH DESIGNS has an address of 629 Entler Avenue, Suite 66. Chico, CA 95928 located in Butte County, California within the Jurisdiction of this Court.

**PARTIES**

3.   Plaintiff is the United States of America, acting through its agency the U.S. Small Business Administration (hereinafter "SBA").  The debt was referred to the Treasury in accordance with the Debt Collection Improvement Act of 1996 ("DCIA") (31 U.S.C. § 3701 *et seq.*).

4.   The Defendant, KEVIN SHARRAH d/b/a KEVIN SHARRAH DESIGNS (hereinafter "KEVIN SHARRAH") has an address of 629 Entler Avenue, Suite 66, Chico, CA 95928 located in Butte County, California within the Jurisdiction of this Court.

**CAUSE OF ACTION**

**(For Breach of Contract against KEVIN SHARRAH d/b/a KEVIN SHARRAH DESIGNS )**

Plaintiff re-alleges and incorporates herein, as though fully set forth, all preceding paragraphs.

5.   On or about November 25, 2015, KEVIN SHARRAH d/b/a KEVIN SHARRAH DESIGNS executed and delivered a Promissory Note and Unconditional Guarantee Loan Agreement (hereinafter "Promissory Note") in favor of First Home Bank, a Florida Banking Corporation (hereinafter "FHB") and to SBA in the amount of $250,000.00 with interest accruing at variable rates. A copy of the Promissory Note described herein is attached hereto and made apart hereof as Exhibit "A".

6.   On or about January 1, 2020, KEVIN SHARRAH became delinquent on the obligation, with a balance due of $166,355.40.

7.   Plaintiff is now the sole owner and holder of the Promissory Note and all secure Instruments associated with the Promissory Note.

8.   Plaintiff demanded payment from KEVIN SHARRAH, but payment has not been made.

9.   Plaintiff does not have a security interest in the real property.

10. As of November 4, 2025, KEVIN SHARRAH is indebted to the United States of

America in the principal sum of $166,355.40, plus administrative fees of $71,285.52, and interest through November 4, 2025 of $56,699.28 for a total sum of $294,340.20 plus interest continuing to accrue according to proof.  See the Certificate of Indebtedness attached hereto as Exhibit "B".

11. Plaintiff declares the full amount payable under the note to be due.

WHEREFORE, Plaintiff, UNITED STATES OF AMERICA prays for the judgment against KEVIN SHARRAH as follows:

1.  For the total amount of $294,340.20;

2.  For interest thereon in an amount according to proof.

3.  For the costs of this action;

4.  Attorney's fees of $400.00 as permitted by 28 U.S.C. § 2412(a)(2); and,

5.  For such other relief which the Court deems proper.

DATED this 29th day of December 2025.

Respectfully submitted,

By: /s/ Sheryl D. Noel
    Sheryl D. Noel (172551)
    Attorney for the Plaintiff
    United States of America
    **On behalf of Schuerger Law Group**
    **Private Counsel – U.S. Department of Justice**
    499 W. Shaw Avenue #116
    Fresno, CA 93704
    Phone: (559)248-4820
    snoel@schuergerlaw.com
    efiling@schuergerlaw.com