UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KEVIN SHARRAH,<br>Defendant. | No. 2:25-cv-03741-DC-DMC<br><br><u>ORDER GRANTING ENTRY OF STIPULATED JUDGMENT</u><br><br>(Doc. No. 7) |

Before the court is the parties' stipulated request for the entry of judgment in favor of Plaintiff and against Defendant "in the Principal amount of $166,355.40, prejudgment interest of $ 56,699.28 through November 4, 2025, at 7.75%, (and post judgment interest at the legal rate), and administrative costs/fees in the amount of $71,285.52, for a total judgment of $294,340.20." (Doc. No. 7 at 2.) The parties also agree that "Defendant consents to service in this matter and any subsequent litigation necessary for the enforcement of this judgment," and Defendant will keep Plaintiff informed of any address changes to Defendant's address for service of process. (*Id.* at 3–4.)

Pursuant to the parties' stipulation and finding good cause, the court will grant the parties' stipulated request for the entry of judgment.

/////

Accordingly,

1. The parties' stipulated request for entry of judgment (Doc. No. 7) is GRANTED as follows:

   a. Judgment is entered in favor of Plaintiff, United States of America in the Principal amount of $166,355.40, prejudgment interest of $ 56,699.28 through November 4, 2025, at 7.75%, (and post judgment interest at the legal rate), and administrative costs/fees in the amount of $71,285.52, for a total judgment of $294,340.20;

   b. Defendant shall accept service in this matter and any subsequent litigation necessary for the enforcement of this judgment; and

   c. Defendant shall keep Plaintiff informed of any changes to address, and Defendant may change the address for service by providing a change of address to Plaintiff in writing at Schuerger Law Group, Attn: Sheryl D. Noel, Attorney for the Plaintiff – United States of America, 1001 Kingsmill Parkway, Columbus, Ohio 43129; and

2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 28, 2026**

Dena Coggins
United States District Judge